# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Angela Hansen, | ) |
| Plaintiff, | ) ) ) ) **ORDER** |
| v. | ) ) |
| David E. Reich, et al., | ) ) Case No. 1-17-cv-55 |
| Defendants. | ) |

Angela Hansen sent, what is in essence, a supplemental complaint to the Clerk of Court's Office via certified mail, receipt of which was acknowledged on October 10, 2017. Hansen has previously twice amended her complaint. (Doc. Nos. 10, 11). In doing so, and with the some of the Defendants already having answered, amending as a matter of course is not available under Fed.R.Civ.P. 15(a)(1). Hansen has not received consent from the other parties allowing her to file an additional amended complaint. Under Fed.R.Civ.P. 15(a)(2), the only way Hansen may amend her complaint is with the court's leave. The current supplemental complaint is not accompanied by a proper motion seeking this leave. Accordingly, Hansen's latest complaint will not be filed and the Clerk of Court's Office is directed to return the complaint, along with this order, to Hansen.

**IT IS SO ORDERED.**

Dated this 10th day of October, 2017.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge