# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Angela Hansen, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING REPORT** |
| | ) | **AND RECOMMENDATION** |
| vs. | ) | |
| | ) | Case No. 1:17-cv-055 |
| David E. Reich, et. al., | ) | |
| | ) | |
| Defendant. | ) | |

The Plaintiff initiated this *pro se* civil rights action on March 31, 2017. See Docket No. 1. Hansen filed a First Amended Complaint and a Second Amended Complaint on August 23, 2017. See Docket Nos. 10 and 11. After screening the Second Amended Complaint as required by 28 U.S.C. § 1915(e)(2), Magistrate Judge Charles S. Miller, Jr. issued a Report and Recommendation on October 10, 2017, in which he recommended Hansen's Second Amended Complaint be dismissed without prejudice for (1) failure to comply with Fed. R. Civ. P. 8, (2) failure to state a claim upon which relief can be granted, and (3) want of subject matter jurisdiction. See Docket No. 59. The parties were given fourteen days to file any objections to the Report and Recommendation. No objections were filed.

The Court has carefully reviewed the Report and Recommendation, relevant case law, and the entire record, and finds the Report and Recommendation to be persuasive. The Second Amended Complaint fails to comply with Rule 8, fails to state any cognizable claims, and the Court lacks subject matter jurisdiction.

Accordingly, the Court **ADOPTS** the Report and Recommendation (Docket No. 59) in its entirety and **ORDERS** Hansen's Second Amended Complaint be **DISMISSED** without prejudice. All pending motions (Docket Nos. 46, 47, 51, 54, 55, 57, 58) are deemed **MOOT**.

**IT IS SO ORDERED.**

Dated this 2nd day of November, 2017.

/s/ *Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court